UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MD Nurulhuda SHAPAN,

                                    Petitioner,

v.

Christopher LaROSE,

                                    Respondent.

Case No.: 26-cv-0917-AGS-BLM

**ORDER GRANTING MOTION TO APPOINT COUNSEL (ECF 7)**

Self-represented petitioner MD Nurulhuda Shapan requests appointed counsel in support of his habeas corpus petition. (*See* ECF 7); *see also* 28 U.S.C. § 2241 (habeas corpus). Courts may appoint an attorney for an "impoverished habeas petitioner" when "the interests of justice so require." *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984) (cleaned up); *see also* 18 U.S.C. § 3006A(a)(2)(B). In this assessment, courts evaluate an indigent petitioner's (a) "likelihood of success on the merits" and (b) "ability . . . to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Although, at first blush, Shapan's likelihood of success on this petition does not look strong, the Court's prior experience with him and his lack of English proficiency convinces it that counsel is warranted. *See United States v. Ahumada-Aguilar*, 295 F.3d 943, 950 (9th Cir. 2002) (noting that immigration law is "second only to the Internal Revenue Code in complexity" (quotation marks omitted)); *Torres v. Barr*, 976 F.3d 918, 923 (9th Cir. 2020) ("Divining [the immigration laws'] meaning is ordinarily not for the faint of heart."). *See generally Shapan v. Warden*, 25-cv-3817-AGS-VET, ECF 12 (S.D. Cal. 2025). The Court provisionally appoints Federal Defenders of San Diego, Inc., to initially determine if petitioner qualifies for representation by that organization. The Clerk is directed to forward a copy of this order to Federal Defenders.

By March 19, 2026, Federal Defenders must submit a notice to the Court concerning whether it can and will accept the appointment. By that same date, Federal Defenders must

1

also state whether, under Chief Judge Order 134, it "requests to file supplemental briefing." As a result, the current hearing date is vacated and will be reset once the Court hears from counsel.

Dated: March 12, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

2